| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Pregerson, Dean D. | 2. Court or Organization<br><br>Central District of California | 3. Date of Report<br><br>08/12/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5a. Report Type (check appropriate type)<br>  ☐ Nomination    Date<br>  ☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>312 N. Spring Street<br>Los Angeles, CA 90012 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board Member | Salvation Army Los Angeles Metropolitan |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 08/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 08/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 08/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real Estate, Pacific Palisades | G | Rent | P1 | W | | | | | |
| 2. Palmer Square Income Plus Fund (Y) | | | | | | | | | |
| 3. Brokerage Account #1 (H) | | | | | | | | | |
| 4. Schwab Money Market (SWFXX) (cash) | A | Interest | K | T | Open | 05/31/16 | M | | |
| 5. Schwab Value Advantage (SWVXX) | A | Interest | K | T | Buy | 06/29/16 | K | | |
| 6. Angel Oak Flexible Income (ANFIX) | A | Dividend | J | T | Buy | 06/29/16 | J | | |
| 7. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 8. Angel Oak Multi-Strategy (ANGIX) | A | Dividend | | | Buy | 06/29/16 | J | | |
| 9. | | | | | Sold | 08/30/16 | J | | |
| 10. Doubleline Total Return (DBLTX) | A | Dividend | J | T | Buy | 06/29/16 | J | | |
| 11. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 12. Riverpark Short Term (RPHIX) | A | Dividend | J | T | Buy | 06/29/16 | J | | |
| 13. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 14. Stone Ridge Alt. Lending (LENDX) | A | Dividend | J | T | Buy | 06/29/16 | J | | |
| 15. American Beacon Bridgeway Large Cap Value Y (BWLYX) | A | Dividend | J | T | Buy | 06/29/16 | J | | |
| 16. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 17. Artisan Int'l Fund Adv (APDIX) | A | Dividend | J | T | Buy | 06/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 08/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 19. Ashmore Emerging Markets (EFEIX) | A | Dividend | J | T | Buy | 06/29/16 | J | | |
| 20. Dodge & Cox Int'l Stocks (DODFX) | A | Dividend | J | T | Buy | 06/29/16 | J | | |
| 21. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 22. Driehaus Frontier Emerging Markets (DRFRX) | | None | J | T | Buy | 12/29/16 | J | | |
| 23. Fidelity Contrafund (FCNTX) | A | Dividend | J | T | Buy | 06/29/16 | J | | |
| 24. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 25. FMI Large Cap Fund (FMIHX) | | None | | | Buy | 06/29/16 | J | | |
| 26. | | | | | Sold | 11/17/16 | J | | |
| 27. FMI Large Cap Fund Inst (FMIQX) | A | Dividend | J | T | Buy | 11/17/16 | J | | |
| 28. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 29. Glenmede Secured Options (GTSOX) | | None | J | T | Buy | 12/14/16 | J | | |
| 30. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 31. JPMorgan Mid Cap Value (FLMVX) | A | Dividend | J | T | Buy | 06/29/16 | J | | |
| 32. Oberweis Int'l Opportunity Fund (OBIIX) | A | Dividend | J | T | Buy | 06/29/16 | J | | |
| 33. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 34. Schooner Hedged Alt. Income (SHAIX) | A | Dividend | | | Buy | 06/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 08/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 12/13/16 | J | | |
| 36. Stone Ridge All Asset Variance (AVRPX) | A | Dividend | J | T | Buy | 07/11/16 | J | | |
| 37. Stone Ridge Reinsurance Risk (SRRIX) | A | Dividend | J | T | Buy | 08/19/16 | J | | |
| 38. Touchstone Small Cap Fund (TSFYX) | A | Dividend | J | T | Buy | 06/29/16 | J | | |
| 39. Voya Midcap Opportynity Fund I (NMCIX) | A | Dividend | J | T | Buy | 06/29/16 | J | | |
| 40. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 41. Voya Scrutinized Credit (VCFIX) | A | Dividend | J | T | Buy | 08/31/16 | J | | |
| 42. | | | | | Buy (add'l) | 12/29/16 | J | | |
| 43. Brokerage Account #2 (H) | | | | | | | | | |
| 44. Morgan Stanley (cash) (Y) | | | | | | | | | |
| 45. Microsoft (Y) | | | | | | | | | |
| 46. Metlife Ins Co of Connecticut Annuity (variable) (H) | | | | | | | | | |
| 47. Pimco Total Return | | None | K | T | | | | | |
| 48. Pioneer Strat Income | | None | J | T | | | | | |
| 49. Met Eaton Floating | | None | K | T | | | | | |
| 50. MFS Emerging Markets | | None | J | T | | | | | |
| 51. Amer Funds Growth | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 08/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Harris Oakmark Intnl | | None | J | T | | | | | |
| 53. Met Intnl SM Company | | None | J | T | | | | | |
| 54. Brock Bond Income | | None | J | T | | | | | |
| 55. Neub Berman Genesis | | None | J | T | | | | | |
| 56. MFSValue Portfolio A | | None | J | T | | | | | |
| 57. LMIS Say SMCap Core | | None | J | T | | | | | |
| 58. Clarion Global Real | | None | J | T | | | | | |
| 59. IRA #1 (H) | | | | | | | | | |
| 60. Schwab Money Market (SWGXX) | A | Interest | J | T | | | | | |
| 61. FMI Large Cap (FMIHX) | | None | | | Sold (part) | 07/06/16 | J | | |
| 62. | | | | | Sold | 11/17/16 | M | | |
| 63. FMI Large Cap Fund INST (FMIQX) | D | Dividend | M | T | Buy | 11/17/16 | M | | |
| 64. Fidelity Contrafund (FCNTX) | C | Dividend | M | T | Sold (part) | 07/06/16 | J | | |
| 65. JP Morgan Mid-Cap Value Fund (FLMVX) | C | Dividend | K | T | Sold (part) | 07/06/16 | J | | |
| 66. Touchstone Small Cap Core (TSFYX) | A | Dividend | K | T | | | | | |
| 67. Artisan International Fund (ARTIX) | | None | | | Sold | 07/21/16 | L | | |
| 68. Dodge & Cox International Stock Fund (DODFX) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 08/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Oakmark International Small Cap Fund (OAKEX) | | None | | | Sold | 03/15/16 | K | | |
| 70. DoubleLine Total Return Bond I (DBLTX) | B | Interest | L | T | Buy (add'l) | 02/09/16 | K | | |
| 71. | | | | | Sold (part) | 06/06/16 | K | | |
| 72. American Beacon Bridgeway Lg Cap (BWLYX) | B | Dividend | M | T | | | | | |
| 73. Angel Oak Flexible Income (ANFIX) | C | Dividend | L | T | Sold (part) | 02/12/16 | K | | |
| 74. Angel Oak Multi-Strategy Income (ANGIX) | B | Dividend | | | Sold | 08/03/16 | K | | |
| 75. Artisan INTL Funds ADV (APDIX) | A | Dividend | L | T | Buy | 07/21/16 | L | | |
| 76. Ashmore Emerging Markets Frontier (EFEIX) | A | Dividend | K | T | | | | | |
| 77. Driehaus Frontier EMRG (DRFRX) | A | Dividend | K | T | Buy | 07/12/16 | K | | |
| 78. Glenmede Secured Options (GTSOX) | | None | L | T | Buy | 12/14/16 | L | | |
| 79. Oberweis INTL OPPTY FD (OBIIX) | A | Dividend | K | T | Buy | 03/16/16 | K | | |
| 80. Voya MidCap Opportunities (NMCIX) | B | Dividend | K | T | | | | | |
| 81. Riverpark Short Term Hi Yield (RPHIX) | B | Dividend | K | T | | | | | |
| 82. Schooner Hedged Alt Income (SHAIX) | D | Dividend | | | Sold | 12/13/16 | L | | |
| 83. Stoneridge All Asset Risk Premium (AVRPX) | D | Dividend | M | T | Buy (add'l) | 02/16/16 | K | | |
| 84. StoneRidge Reinsurance Risk Premium Fd (SRPIX) | D | Dividend | L | T | | | | | |
| 85. Stone Ridge ALT Lending (LENDX) | C | Dividend | L | T | Buy | 06/07/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 08/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Wasatch Frontier Emerging Sm Countries (WAFMX) | | None | | | Sold | 07/11/16 | K | | |
| 87. Legg Mason BW Alternative Cr. Fd (LMANX) | A | Dividend | | | Sold | 06/06/16 | K | | |
| 88. Palmer Square Income Plus Fund (PSYPX) | | None | | | Sold | 02/08/16 | K | | |
| 89. VOYA Securitized Credit (VCFIX) | A | Dividend | K | T | Buy | 08/31/16 | K | | |
| 90. IRA #2 (H) | | | | | | | | | |
| 91. Angel Flexible Income (ANFIX) | A | Dividend | J | T | | | | | |
| 92. Angel Oak Multi-Strategy Fund (ANGIX) | A | Dividend | J | T | | | | | |
| 93. Double Line Total Return Bond (DBLTX) | A | Dividend | J | T | | | | | |
| 94. PIMCO Total Return Fund (PTTRX) | A | Dividend | J | T | | | | | |
| 95. Dodge & Cox International Stock Fund (DODFX) | A | Dividend | J | T | | | | | |
| 96. Fidelity Contra Fund (FCNTX) | A | Dividend | J | T | | | | | |
| 97. FMI Large Cap (FMHIX) | | None | | | Sold | 11/17/16 | J | | |
| 98. FMI Large Cap FD INST (FMIQX) | A | Dividend | J | T | Buy | 11/17/16 | J | | |
| 99. Oakmark International Sm Cap Fd (OAKEX) | A | Dividend | J | T | | | | | |
| 100. Touchstone Small Cap Core (TSFYX) | A | Dividend | J | T | | | | | |
| 101. Voya Midcap Opportunity Fund (NMCIX) | A | Dividend | J | T | | | | | |
| 102. AMG Yacktman Fund (YACKX) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 08/12/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Stoneridge All Asset (AVRPX) | A | Dividend | J | T | Buy (add'l) | 02/16/16 | J | | |
| 104.  Stoneridge Reinsurance Risk Premium Fund (SRRIX) | A | Dividend | J | T | | | | | |
| 105.  Wasatch Frontier Emerging Sm Countries (WAFMX) (Y) | | | | | | | | | |
| 106.  Schwab MM (SWGXX) (Y) | | | | | | | | | |
| 107.  Trust #1 (H) | | | | | | | | | |
| 108.  Cash - Charles Schwab | A | Int./Div. | M | T | | | | | |
| 109.  Alps Alerian MLP ETF | | None | | | Sold | 01/14/16 | L | | |
| 110.  Deutsch X Trks MSCI ERP (DBEU) | D | Dividend | M | T | Buy | 01/14/16 | M | | |
| 111.  Doubleline Total Return (DBLTX) | C | Dividend | M | T | | | | | |
| 112.  Eaton Vance Floating Rate (EIFHX) | B | Dividend | M | T | Sold | 01/14/16 | M | | |
| 113. | | | | | Buy | 07/27/16 | M | | |
| 114.  Vaneck Vectors Unco Oil (FRAK) | A | Dividend | K | T | Buy | 01/14/16 | K | | |
| 115. | | | | | Sold (part) | 07/27/16 | J | C | |
| 116.  Matthews Asia Dividend (MIPIX) | C | Dividend | M | T | Sold (part) | 04/29/16 | K | B | |
| 117.  Pershing Square Ord Fund | | None | L | T | Sold (part) | 07/28/16 | J | | |
| 118.  SPDR S&P Oil & Gas Expl (XOP) | | None | | | Sold | 01/14/16 | K | | |
| 119.  TCW Total Return Bond Fund (TGLMX) | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 08/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Vanguard Growth (VUG) | C | Dividend | M | T | | | | | |
| 121. Vanguard Mid Cap Value Index (VMVAX) | C | Dividend | M | T | | | | | |
| 122. Vanguard Small Camp (VB) | | None | | | Sold | 01/14/16 | L | | |
| 123. Vanguard 500 Index Fund (VFIAX) | D | Dividend | N | T | Sold (part) | 04/29/16 | K | D | |
| 124. WCM Focused Int'l Growth Fund (WCMIX) | C | Dividend | M | T | Sold (part) | 04/29/16 | J | A | |
| 125. Wisdomtree Europe Hedged Equity (HEDJ) | | None | | | Sold | 01/14/16 | M | | |
| 126. IShares Russell 2000 (IWM) | B | Dividend | L | T | Buy | 01/14/16 | L | | |
| 127. JP Morgan Chase Alerian (AMJ) | D | Dividend | L | T | Buy | 01/14/16 | L | | |
| 128. | | | | | Sold (part) | 07/27/16 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 46: Income is not attributed to the individual assets within this annuity.

Part VII, line 102: Name change; see 2015, line 99.

The account listed in Part VII, lines 17-46 of the 2015 report are not reportable in 2016 (Y).

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D. | 08/12/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dean D. Pregerson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544